# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, EX REL. JANE DOE and JOHN DOE | : : : | CIVIL ACTION |
| *Plaintiffs* | : : | NO. 14-6131 |
| v. | : : | |
| JANSSEN THERAPEUTICS, *et al.* *Defendants* | : : | |

# ORDER

**AND NOW**, this 24th day of January 2019, upon consideration of the *motion to unseal relators' original complaint* filed by Defendant Janssen Products, LP ("Defendant Janssen"), [ECF 24], the opposition thereto filed by Plaintiffs/Relators Jane and John Doe ("Relators"), [ECF 31], and Defendant Janssen's reply, [ECF 34], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the *motion to unseal relators' original complaint* is **GRANTED**.

It is further **ORDERED** that Relators' original complaint, [ECF 1], shall remain **UNDER SEAL** for an additional forty-five (45) days from the date of this Order to allow any potential appeal by interested parties.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*